Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

YAKINA SPEARMAN,

    Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

CASE NO.: 2:25-cv-04526-MAR

~~[PROPOSED]~~ ORDER AWARDING EAJA FEES AND COSTS

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND SEVEN DOLLARS AND 00/100 ($5,700.00) and $405 in costs subject to the terms of the stipulation.

DATED: 12/16/2025

_____
HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE